# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
KAITLIN BAGBY ;
**County of Residence:** Outside This District

### Defendant(s):
First Listed Defendant:
UNITED STATES DEPARTMENT OF VETERAN AFFAIRS ;
**County of Residence:** Outside This District

Additional Defendants(s):
SECRETARY, UNITED STATES DEPARTMENT OF VETERAN AFFAIRS DOUGLAS COLLINS ;

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
ATTORNEY FOR PLAINTIFF REBECCA RANDLES
(KAITLIN BAGBY)
RANDLES MATA, LLC
851 NW 45TH ST. SUITE 310
KANSAS CITY, Missouri 64116
**Phone:** 816-931-9901
**Fax:**
**Email:** REBECCA@RANDLESMATALAW.COM

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 442 Employment

**Cause of Action:** Rehabilitation Act of 1973, 29 U.S.C. § 701. Failure to accommodate and employment discrimination

**Requested in Complaint**
   **Class Action:** Not filed as a Class Action
   **Monetary Demand (in Thousands):** IN EXCESS OF $75, 000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Rebecca M. Randles

**Date:** 09/22/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.