



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

Kaitlin Bagby a/k/a
Beth P.,[1]
Petitioner,

v.

Douglas A. Collins,
Secretary,
Department of Veterans Affairs,
Agency.

Petition No. 2025001685

Appeal No. 2025002084

Agency No. 200J-0589-2021105296

<u>DECISION ON A PETITION FOR ENFORCEMENT</u>

Complainant petitioned the Equal Employment Opportunity Commission (EEOC or Commission) to enforce EEOC Appeal No. 2025002084, under 29 C.F.R. § 1614.503. This petition for enforcement was accepted and docketed by the Commission on February 13, 2025.

When considering a petition for enforcement, the Office of Federal Operations, on behalf of the Commission, will "ascertain whether the agency is implementing the decision of the Commission." 29 C.F.R. § 1614.503(b).

Based on our review of the petition, the Agency's submissions, and all relevant documentation in the record, we find that the Agency has implemented the final decision. Although the Agency's implementation may not have been perfect, it has been adequate or acceptable enough to constitute satisfactory compliance, such that the Office of Federal Operations will not undertake further efforts to obtain compliance. See 29 C.F.R. § 1614.503(b), (d).

---

[1] This case has been randomly assigned a pseudonym which will replace Petitioner's name when the decision is published to non-parties and the Commission's website.

Accordingly, the Office of Federal Operations, on behalf of the Commission, DENIES this petition for enforcement. There is no right of administrative appeal from this action.

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests. Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

*[signature]*

Carlton M. Hadden, Director
Office of Federal Operations

June 25, 2025
Date