

 Welcome, Rebecca | Log Out

## My Inquiries/Charges/Cases

EXHIBIT 4

### List of Inquiries/Charges/Cases

| Case Number | Submission Date | Type | Status |
|---|---|---|---|
| 2025001685 | 02-13-2025 | APPEAL | Closed |
| 2025000212 | 10-16-2024 | APPEAL | Closed |
| 2024003781 | 06-05-2024 | APPEAL | Closed |
| 2024003392 | 05-07-2024 | APPEAL | Closed |
| 570-2024-00823X | 04-25-2024 | HEARING | Assigned to AJ |

« ‹ 1 of 5 › »     Current Page: 1

**Please click on a case number to continue**