**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Justice
Attorney General - Pam Bondi
950 Pennsylvania Ave NW
Washington, DC. 20530

9590 9402 8523 3186 0585 20

2. Article Number (Transfer from service label)

9589 0710 5270 2256 3702 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Evie Sassak*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OCT 79 2025
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt