IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KAITLIN BAGBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00745-CV-W-DGK |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS' MOTION
# FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to FED. R. CIV. P. 6(b), named defendants the United States Department of Veterans Affairs and Douglas A. Collins, in his official capacity as the Secretary of Veterans Affairs, hereby move the Court for an order enlarging the time within which the defendants must answer or otherwise respond to the COMPLAINT AND JURY DEMAND [Doc. 1] filed herein by plaintiff Kaitlin Bagby ("Bagby") to, and including, Monday, January 12, 2026. In support of this motion, the defendants assert:

1. On September 22, 2025, Bagby filed her COMPLAINT in this Court alleging that she had been discriminated against while employed by the VA.

2. On October 27, 2025, the United States Attorney for the Western District of Missouri was served with the COMPLAINT and a summons, meaning that an answer of other responsive pleading is due from the defendants on Monday, December 29, 2025. FED. R. CIV. P. 12(a)(2).

3. Due to the backlog of cases created by the recent government shutdown as well as the Christmas holiday, the undersigned requires the requested two-week extension of time to complete consultation with the agency and finalize a response to the COMPLAINT.

4. The requested extension of time is not sought for any improper reason and will not interfere with any deadlines presently by the Court in this case.

For the foregoing reasons, named defendants the United States Department of Veterans Affairs and Douglas A. Collins, in his official capacity as the Secretary of Veterans Affairs, hereby respectfully move the Court for an order enlarging the time within which the defendants must answer or otherwise respond to the COMPLAINT filed herein to, and including, Monday, January 12, 2026.

                Respectfully submitted,

                R. Matthew Price
                United States Attorney

By    */s/ Jeffrey P. Ray*

                Jeffrey P. Ray
                First Asst. United States Attorney & Civil Chief
                Missouri Bar No. 35632

                Charles Evans Whittaker Courthouse
                400 East Ninth Street, Fifth Floor
                Kansas City, MO 64106
                (816) 426-3130
                FAX: (816) 426-3165
                E-MAIL: Jeffrey.Ray@usdoj.gov

                ATTORNEYS FOR NAMED DEFENDANTS
                THE UNITED STATES DEPARTMENT OF
                VETERANS AFFAIRS AND DOUGLAS A.
                COLLINS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 28th day of November, 2025. In addition, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was placed in the first-class United States mail, postage prepaid, and addressed to:

Ferdinand F. Nelson
1148 Glenn Avenue
Springfield, Missouri 65802

*PRO SE* PLAINTIFF

on this 28th day of November, 2025.

                                              */s/ Jeffrey P. Ray*
                                              Jeffrey P. Ray
                                              First Assistant U.S. Attorney & Civil Chief