IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KAITLYN BAGBY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-00745 |
| | ) | |
| DOUGLAS A. COLLINS, Secretary | ) | |
| UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff, by and through her attorney of record, and hereby moves for an Order permitting Plaintiff to file her Response to Defendant's Motion to Dismiss out of time. In support of this motion, Plaintiff states as follows:

1. Plaintiff's response was originally due on January 26, 2026.

2. On January 24, 2026, Kansas City experienced a substantial storm that continued through Sunday, making traveling extremely dangerous.

3. Plaintiff's counsel's significant other required heart surgery on Monday, January 26, 2026.

4. The hazardous conditions made traveling to the office impossible and extremely dangerous, and Plaintiff's Paralegal could not make it in due to the hazardous road conditions to timely file the Motion for Extension of time due the medical emergency.

5. Plaintiff has contacted defense counsel, who has no objection to this extension.

6. This request is made not for the purpose of delay but for excusable neglect due to a confluence of events out of counsel's control.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant an extension of time in which to respond to Defendant's Motion to Dismiss, until January 29, 2026.

Respectfully submitted,

*/s/ Rebecca M. Randles*
Rebecca M. Randles  MO #40149
RANDLES MATA, LLC
851 NW 45th Street
Suite 310
Kansas City, Missouri 64116
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@randlesmatalaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically filed the foregoing with the clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM / ECF system and further served the foregoing by email to the following:

Jeffrey P. Ray
First Asst. U.S. Atty./Civil Chief
Office of the US Attorney
Western District of Missouri
Jeffrey.ray@usdoj.gov

*/s/ Rebecca M. Randles*
Attorney for Plaintiff