# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KAITLIN BAGBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-00745-CV-W-DGK |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| VETERANS AFFAIRS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION
## FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to FED. R. CIV. P. 6(b), named defendants the United States Department of Veterans Affairs and Douglas A. Collins, in his official capacity as the Secretary of Veterans Affairs, hereby move the Court for an order enlarging the time within which the defendants must file reply suggestions in further support of the previously filed DEFENDANTS' MOTION TO DISMISS COUNTS I-III OF PLAINTIFF'S COMPLAINT [Doc. 8]. In support of this motion, the defendants assert:

1. On September 22, 2025, Bagby filed her COMPLAINT in this Court alleging that she had been discriminated against while employed by the VA.

2. On January 12, 2026, the defendants filed their aforementioned motion to partially dismiss.

3. On January 29, 2026, plaintiff Kaitlin Bagby filed her PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS [Doc. 12], meaning that the defendants' reply suggestions are presently due to be filed with the Court on or before Thursday, February 12, 2026.

4. The undersigned will be out of the office the entire week of February 9-13, 2026 for long-planned national DOJ meeting for Civil Chiefs.

5. Due to the DOJ commitment, the undersigned is requesting a one-week extension of time to complete and file the reply suggestions.

6. The requested extension of time is not sought for any improper reason and will not interfere with any deadlines presently by the Court in this case.

For the foregoing reasons, named defendants the United States Department of Veterans Affairs and Douglas A. Collins, in his official capacity as the Secretary of Veterans Affairs, hereby respectfully move the Court for an order enlarging the time within which the defendants must file reply suggestions in further support of their DEFENDANTS' MOTION TO DISMISS COUNTS I-III OF PLAINTIFF'S COMPLAINT [Doc. 8] to, and including, Thursday, February 19, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By      /s/ Jeffrey P. Ray

Jeffrey P. Ray
First Asst. United States Attorney & Civil Chief
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130
FAX: (816) 426-3165
E-MAIL: Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR NAMED DEFENDANTS
THE UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS AND DOUGLAS A.
COLLINS