# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI

KAITLIN BAGBY,                            )
          Plaintiff,                      )   Case No. 4:25-CV-00745
                                          )
     v.                                   )
                                          )
                                          )
DOUGLAS A. COLLINS, SECRETARY,            )
DEPARTMENT OF VETERANS AFFAIRS,           )
                                          )
          Defendant.                      )

## PLAINTIFF'S MOTION TO DISCHARGE COUNSEL AND PROCEED PRO SE

I am the plaintiff in this case.

I am currently represented by counsel of record.

I respectfully request that the Court remove my current counsel as attorney of record and allow me to proceed pro se effective immediately.

I am making this request so that responsibility for filings and deadlines going forward is clear and compliant with the Court's rules.

I understand that as a pro se litigant, I am responsible for following the Federal Rules of Civil Procedure, the Local Rules of this Court, and all deadlines set by the Court.

If the Court has any concerns with the current pleadings, I respectfully request an opportunity to amend them after I proceed pro se.

I ask the Court to grant this motion and recognize me as proceeding pro se.

**Respectfully submitted,**

Kaitlin Bagby

1

Plaintiff, pro se
Zum Rosental 24
Queidersbach, Germany
kaitlin.b.bagby@gmail.com
931-538-8950

2

# CERTIFICATE OF SERVICE

I certify that on February 6, 2026, I mailed a copy of this motion to the Clerk of the United States District Court for the Western District of Missouri for filing by U.S. Priority Mail.

I also mailed a copy of this motion to my current counsel of record, Rebecca Randles, at Randles Mata, LLC, 851 NW 45th St., Suite 310, Kansas City, MO 64116, by U.S. Priority Mail.

Kaitlin Bagby

3