U.S. POSTAGE PAID
PME
APO, AE 09227
FEB 06, 2026

**$33.25**

S2324K502113-46

**Retail**



9570115989916037353285

RDC 07

64106

# UNITED STATES POSTAL SERVICE®

**EXPRESS®**



**≡EMS≡**

SCREENED B
U.S. MARSHA

Kaitlin Bagby
PSC 469
Box 1502
APO, AE 09227

6|5

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, Missouri 64106



| | CP72-CUSTOMS DECLARATION | | | | | Not Valid As Proof-Of-Payment For U. S. Postage |
|---|---|---|---|---|---|---|
| FROM KAITLIN BAGBY PO BOX 1502 APO, AE 09227 | Origin Post: US POSTAL SERVICE | Date of Mailing: 02/06/2026 | ≡EMS≡ | | | |
| | Importer's reference: | | | | | |
| | Importer's contact: | | | | | |

| Detailed description of contents | Qty | Net Weight (lbs/oz) | Value (US$) | HS Tariff Number | Origin Country | Insured Value: Up to $100.00 Includ |
|---|---|---|---|---|---|---|
| DOCUMENTS | 3 | 1    0 | 1.00 | | | SDR Value: |
| | | | | | | Insured Fee: $0.00 |
| | | | | | | Postal charges/ Fees:    $33.25 |
| Category of Items: Document | TOTAL | 1    0 | 1.00 | Corporate Account #: | | |

| Exporter's reference: | Exporter's contact: | Total Dimensions: L: 13   W: 10   H: 1 | I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous "articles, or articles prohibited by legislation or by postal or customs" regulations. I have met all applicable export filing requirements under federal law and regulations. |
|---|---|---|---|
| AES/ITN/Exemption NOEEI 30.37(a) | | Invoice/License/Certificate No(s) | Sender's Signature and Date |
| Delivery Information | | | |
| Scheduled Delivery Date: "" | Delivery Date: | Delivery Time: AM / PM | Addressee's Signature | Return to Sender Instructions in case of nondelivery: |

**T O**

CHARLES EVANS WHITTAKER COURTHOUSE
400 E 9TH ST
KANSAS CITY
MO
64106

Overseas Diplomatic/Military Mail

9570 1159 8991 6037 3532 85

Case 4:25-cv-00745-DGK    Document 14-1    Filed 02/11/26    Page 1 of 1

**INSURED**