## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISCRICT OF MISSOURI

KAITLYN BAGBY  :                          )
                                          )
                                          )
                  PLAINTIFF               )          Case No. 4:25-CV-00745
                                          )
                                          )
DOUGLAS A. COLLINS, Secretary             )
UNITED STATES DEPARTMENT OF               )
VETERAN AFFAIRS                           )
                                          )
                                          )
                  DEFENDANT               )


## MOTION TO WITHDRAW


COMES NOW Rebecca M. Randles of Randles Mata, LLC, and moves the Court for an order permitting her withdrawal as attorney of record in the above-entitled matter.  In support of this motion, Rebecca M. Randles states as follows:

1.      Plaintiff has requested that Ms. Randles withdraw in order for her to pursue her action *pro se* and has otherwise terminated Ms. Randles' services.

2.      Ms. Bagby is a brilliant young woman and competent in her writing as well as timely in her responses.  Counsel has offered referrals to Ms. Bagby should she so choose.

3.       Given the past experiences of the Court with Counsel, coupled with Ms. Bagby's competence, Plaintiff's counsel believes it would be in Ms. Bagby's best interest to either represent herself or hire different counsel to pursue the claims that she had already won in the administrative process below but were not enforced.

WHEREFORE, Rebecca M. Randles respectfully requests that the Court permit her withdrawal as attorney of record for Kaitlyn Bagby, and for such other relief as the Court may deem proper.

Respectfully submitted,


 /s/*Rebecca M. Randles*
Rebecca M. Randles #40149
RANDLES MATA, LLC.
851 NW 45th Street, Suite 310
Kansas City, MO. 64116
(816) 931-9901
rebecca@randlesmatalaw.com


**CERTIFICATE OF SERVICE**


I hereby certify that on April 10, 2026, I electronically filed the foregoing with the clerk of the Court for the Western District of Missouri by using the CM/ECF system and electronic noticing system and further served the foregoing by email to the following:


Kaitlyn Bagby
Kaitlin.b.bagby@gmail.com


/s/Rebecca M. Randles
Attorney for Plaintiff

2