**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **KAITLYN BAGBY,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **Case No. 4:25-CV-00745** |
| ) | |
| **DOUGLAS A. COLLINS, Secretary** ) | |
| **UNITED STATES DEPARTMENT OF VETERAN** ) | |
| **AFFAIRS,** ) | |
| ) | |
| **DEFENDANT.** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2026, counsel for Plaintiff,

Rebecca M. Randles, served Kaitlyn Bagby with the Court's Order of the same date

via email at kaitlin.b.bagby@gmail.com  As Ms. Bagby currently resides out of the

country, email is the best way to actually reach her.  Ms. Bagby responded to the

email, certifying that it reached its intended recipient.


Respectfully submitted,


 /s/*Rebecca M. Randles*
Rebecca M. Randles #40149
RANDLES MATA, LLC.
851 NW 45th Street, Suite 310
Kansas City, MO. 64116
(816) 931-9901
rebecca@randlesmatalaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the clerk of the Court for the Western District of Missouri by using the CM / ECF system and electronic noticing system and further served the foregoing by email to the following:

Kaitlyn Bagby
kaitlin.b.bagby@gmail.com

*/s/ Rebecca M. Randles*
Attorney for Plaintiff