**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| KAITLIN BAGBY, | ) | |
| Plaintiff, | ) | Case No. 4:25-CV-00745 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DOUGLAS A. COLLINS, SECRETARY, | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Kaitlin Bagby, proceeding pro se, asks the Court for permission to file a First Amended

Complaint.

1. Plaintiff is now proceeding in this case on her own following the Court's order granting

   counsel's motion to withdraw (Doc. 20).

2. Defendant has filed a motion to dismiss, which is still pending (Doc. 8).

3. Plaintiff reviewed the filings in this case and is asking to amend the complaint to clarify the

   facts and present the claims in short, numbered paragraphs that are easier to follow.

4. The amended complaint does not add anything new. It reorganizes and clarifies the claims

   based on the same facts and administrative proceedings already before the Court.

5. It also lays out the timeline of the administrative process more clearly, including when the

   appeal was filed and when this case was filed. See 29 C.F.R. § 1614.407.

6. Allowing the amendment will help the Court address the issues based on a clearer and more

   complete complaint.

1

7. Plaintiff has not amended the complaint before.

8. Courts generally allow amendments when justice requires. Foman v. Davis, 371 U.S. 178, 182

(1962);

Plaintiff asks the Court to allow her to file the attached First Amended Complaint (Exhibit A).


**Respectfully submitted,**

Kaitlin Bagby
Plaintiff, pro se
Zum Rosental 24
Queidersbach, Germany
kaitlin.b.bagby@gmail.com
931-538-8950

2

**CERTIFICATE OF SERVICE**

I certify that on April 14th, 2026, I filed this document with the Clerk of the Court using the

CM/ECF system, which will send notice to Defendant's counsel of record.

Kaitlin Bagby