Retail

U.S. POSTAGE PAID
PME
APO, AE 09227
FEB 06, 2026

**$33.25**

S2324K502113-46

64106

RDC 07



9570115989916037353285



**EXPRESS**®

 

SCREENED B...

U.S. MARSHA...

Kaitlin Bagby
PSC 469
Box 1502
APO, AE 09227

615

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, Missouri 64106



| | CP72-CUSTOMS DECLARATION | | | | | Not Valid As Proof-Of-Payment For U. S. Postage |
|---|---|---|---|---|---|---|
| **FROM** KAITLIN BAGBY PO BOX 1502 APO, AE 09227 | Origin Post: US POSTAL SERVICE | Date of Mailing: 02/06/2026 | | | | |
| | Importer's reference: | | | | | |
| | Importer's contact: | | | | | |

| Detailed description of contents | Qty | Net Weight (lbs/oz) | Value (US$) | HS Tariff Number | Origin Country | Insured Value: Up to $100.00 Includ |
|---|---|---|---|---|---|---|
| DOCUMENTS | 3 | 1 0 | 1.00 | | | SDR Value: |
| | | | | | | Insured Fee: $0.00 |
| | | | | | | Postal charges/ Fees: $33.25 |
| Category of Items: Document | TOTAL | 1 0 | 1.00 | Corporate Account #: | | |

Exporter's reference: Exporter's contact:

Total Dimensions: L: 13 W: 10 H: 1

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous "articles, or articles prohibited by legislation or by postal or customs" regulations. I have met all applicable export filing requirements under federal law and regulations.

AES/ITN/Exemption
NOEEI 30.37(a)

Invoice/License/Certificate No(s)

Sender's Signature and Date

Delivery Information

Scheduled Delivery Date: "" | Delivery Date: | Delivery Time: AM / PM | Addressee's Signature

Return to Sender Instructions in case of nondelivery:

9570 1159 8991 6037 3532 85

T O

CHARLES EVA WHITTAKER COURTHOUSE
CHARLES EVANS WHITTAKER COURTHOUSE
400 E 9TH ST
KANSAS CITY
MO
64106

Overseas Diplomatic/Military Mail

Case 4:25-cv-00745-DGK    Document 31-1    Filed 07/07/26    Page 1 of 1

GU...

ISURED