**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| KAITLIN BAGBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00745-DGK |
| | ) | |
| DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL ACTION**

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Doc. 24) is GRANTED. All claims are DISMISSED WITH PREJUDICE.

| | |
|---|---|
| September 22, 2026 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| September 29, 2026 | /s/ Tracy Strodtman |
| Entered | (by) Deput |